~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RAYFORD CARLOS WILLIS,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER: **3:09-CV-00172-ECR-RAM**

McDANIEL, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss the petition (#11) is **GRANTED.** IT IS FURTHER ORDERED that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

   December 10, 2009                                    **LANCE S. WILSON**
                                                                        Clerk

                                                                     D. R. Morgan
                                                                     Deputy Clerk